GRABOWSKII *et al. v.* GARDNER *et al.*

GILBERT, J. 1. The court did not err in refusing to grant an ad interim injunction.

2. The writ of error, as to all other exceptions, is premature, and no rulings are made thereon. *Burkhalter* v. *Roach,* 145 *Ga.* 834; *Ar-*

*mor* v. *Stubbs,* 150 *Ga.* 520 (104 S. E. 500); *English* v. *Rosenkrantz,* 150 *Ga.* 745. Under the peculiar facts of the case, leave is granted to treat and consider the official copy of the bill of exceptions on file in the trial court as exceptions' pendente lite.

*Judgment affirmed. All the Justices concur.*

No. 1880. JANUARY 14, 1921.

Petition for injunction, etc. Before Judge Hammond. Richmond superior court. January 9, 1920.

*William K. Miller,* for plaintiffs.

*Hamilton Phinizy* and *Archibald Blackshear,* for defendants.